# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Richard A. Rolbiecki,

       Plaintiff,

   vs.

Messerli and Kramer, P.A., et al.,

       Defendants.

Civil No. 09-2174 (RHK/FLN)

**ORDER**

---

      Based upon the parties' Stipulation (Doc. No. 10), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements, or attorneys' fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 20, 2010

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge